# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2634

_____

Saqib Bashir Khan; Neelofur Saqib

*Petitioner*s

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: March 27, 2014
Filed: April 7, 2014
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Pakistani citizens Saqib Bashir Khan and Neelofur Saqib petition for review of an order of the Board of Immigration Appeals (BIA) denying their motion to reconsider an earlier adverse BIA decision. After careful review, we conclude that the BIA did not abuse its discretion in denying petitioners' motion. See Kipkemboi v. Holder, 587 F.3d 885, 890 (8th Cir. 2009) (standard of review); Strato v. Ashcroft,

388 F.3d 651, 655 (8th Cir. 2004) (noting that a motion to reconsider must give the tribunal a reason to change its mind and that the BIA does not abuse its discretion by refusing to reconsider arguments it already rejected). Accordingly, we deny the petition for review. <u>See</u> 8th Cir. R. 47B.

———————————————————